Case: 2:18-cv-00971-MHW-CMV Doc #: 1-1 Filed: 08/29/18 Page: 1 of 11 PAGEID #: 5

RECEIVED
AUG 29 2018
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

2:18 cv 971    Judge Watson
MAGISTRATE JUDGE JOLSON

PAGE ONE

1. ON JANUARY 6th, 2016 JASON WILLIAM BOSTIC (THE SON OF THE PLAINTIFF) DID GET HIT BY TWO AUTOMOBILES WHILE RIDING HIS BIKE AT ABOUT 5:15 AM ON MORSE ROAD JUST WEST OF SINCLAIR ROAD IN COLUMBUS, OHIO. HE WAS KILLED PRETTY MUCH INSTANTLY.

2. THE COLUMBUS POLICE DEPARTMENT INVESTIGATED THE TRAGIC EVENT AND CLASSAFIED IT AS A ACCIDENT WITH JASON BOSTIC AT FAULT IN CAUSING THE ACCIDENT.

3. THIS WAS AN ACCIDENT WITH ONE WORD LEFT OUT AND THAT WOULD BE STAGED. IN OTHER WORDS IT WAS A STAGED ACCIDENT WHICH IS A NICE WAY OF SAYING IT WAS MURDER.

4. JASON BOSTIC HAD FRIDAY JAN. 6, 2016 OFF AND WAS LOOKING FORWARD TO SPENDING A LONG WEEKEND WITH HIS DAUGHTER DAKOTA. INSTEAD HIS SUPERVISOR

NUMBER FOUR CONTINUED

4. CALLED JASON ON THE PHONE ON THURSDAY JAN. 5th 2016 AND TOLD JASON HE HAD TO REPORT TO WORK ON THE MORNING OF FRIDAY OF JAN. 6, 2016.

5. ON JAN. 4, 2016 SPECIAL F.B.I AGENT BARRETTE ALONG WITH HIS GIRL FRIEND JEANETTE ARLENE DAVIS DID MEET THE PRESIDENT OF TROPICAL NUT & FRUIT WHERE JASON BOSTIC DID WORK AS A LABORER. AGENT BARRETTE & DAVIS DID TALK TO ALICIA LEHOTA THE PRESIDENT OF TROPICAL TO HAVE JASON'S SUPERVISOR CALL JASON TO WORK JAN. 6, 2016 FRIDAY

6. IT SHOULD ALSO BE KNOWN THAT BARRETTE AND DAVIS HAD BEEN INVOLVED IN A ROMANTIC RELATION-SHIP FOR THE LAST EIGHT YEARS AND EVEN THOUGH DAVIS WAS CONSIDERED A PRIVATE CITIZEN SHE DID INDEED

NUMBER SIX CONTINUED

6. CARRY F.B.I. CREDENTIALS AND WAS COMPESATED FOR HER TIME AND EFFORT.

7. ON THE EARLY MORNING OF FRIDAY JAN. 6 2016 JASON BOSTIC LEFT HIS APARTMENT AT 873 GRANVILLE DUBLIN RD. COLS, OHIO APT. B AT ABOUT 4:50 A.M.. HE JUST HAPPENED TO MEET A NEIGHBOR OF HIS AND BOUGHT A COUPLE OF CIGARETTES OFF OF HER FOR ONE DOLLAR WHICH HE HAD VERY OFTEN IN THE PAST BUY CIGARETTES FROM HER FOR A DOLLAR IN ORDER TO CUT DOWN ON HIS SMOKING AND TO SAVE MONEY. HOWEVER THIS TIME THOSE TWO CIGARETTES HAD A CHEMICAL IN THEM. THIS CHEMICAL CAUSED DOUBLE & BLURRY VISION WHICH ALSO CAUSED ACUTE DIZZINESS.

8. SPECIAL AGENT BARRETTE AND HIS GIRLFRIEND DAVIS DID A COUPLE OF EARLIER ROLL THESE CIGARETTES AND ADDED THIS CHEMICAL

PAGE FOUR

NUMBER EIGHT CONTINUED

8. TO THE CIGARETTES PRIOR TO BEING ROLLED, BARRETTE & DAVIS DID DELIVER THESE TWO CIGARETTES TO JASON'S NEIGHBOR WITH INSTRUCTIONS ON THE NIGHT OF JAN. 5, 2018. THEY ALSO GAVE JASON'S NEIGHBOR AN UNKNOWN AMOUNT OF MONEY FOR DOING THIS EVIL DEED.

9. JASON LIT UP ONE OF THE CIGARETTES JUST BEFORE GETTING ON HIS BIKE TO TRAVEL TO MORSE RD. WHERE HE WOULD CATCH A BUS THAT WOULD TAKE HIM TO ANOTHER SIDE OF TOWN WHERE HE WORKED

10. THE CHEMICAL IN THE CIGARETTE HE WAS SMOKING BEGAN TO WORK QUICKLY AND BY THE TIME HE GOT TO THE END OF SINCLAIR ROAD HE WAS UNDER THE FULL INFLUENCE OF THE CHEMICAL.

11. JASON BEGAN TO PEDAL H~~IS BIKE EAST~~ WEST ON MORSE RD.

NUMBER ELEVEN CONTINUED

11. JASON KNEW AT THAT TIME THAT HE HAD BEEN POISONED BECAUSE HE HAD THREATEN AGENT BARRETTE & DAVIS TWO WEEKS PRIOR THAT HE WAS GOING TO EXPOSE THEM FOR THE WAY THEY WERE TREATING HIS FATHER. (PLAINTIFF)

12. A JASON WAS PEDALING WEST ON MONROE RD. HE DECIDED TO CROSS MONROE RD. FROM THE NORTH SIDE TO THE SOUTH SIDE AND AT THAT TIME CHARLES E. SANDERS FOLLOWED BY SARAH J. STAATS BEGAN TO GO EAST ON MONROE ROAD WITH THEIR HEADLIGHTS OFF. SANDERS AUTO SLAMMED INTO JASON AND SOMEHOW STAATS RAN OVER JASON AFTER SANDERS HIT HIM.

13. SANDERS AND STAATS WERE NOT THERE BY ACCIDENT THERE WERE ALREADY ARRANGE MADE WITH BARRETTE DAVIS FOR THEM TO BE T.

14. THE MURDER OF PLAINTIFF'S SON JASON BOSTIC AND HIS GRANDSON JOEL FREDERICK WHICH THE DEATH OF JOEL PLAINTIFF WILL NOT GO INTO AT THIS TIME IS THE RESULT OF A TWENTY-FIVE YEAR RELENTLESS CAMPAIGN BY THE F.B.I IN AN ATTEMPT TO MAKE PLAINTIFF'S LIFE SO MISERABLE THAT PLAINTIFF WOULD COMMIT SUICIDE OR COMMIT A CRIME THAT WOULD CAUSE THE PLAINTIFF TO BE IMPRISONMENT. IN DOING THIS THE F.B.I. HOPED TO STOP AND EVIL EVENT WHICH THEY STARTED, AND KNOW NOT A THING ABOUT. GOD!

15. THE F.B.I.'S INSANE IDEAS ABOUT THIS SITUATION DOES NOT WORK. YET THEY CONTINUE TO USE THE SAME METHODS WITHOUT SUCCESS. BY CONTINUING TO DO THIS NOT ONLY HAVE THEY MADE MY LIFE MISERABLE BUT THEY HAVE ALSO MADE

NUMBER 15 CONTINUED

15. MY FAMILIES LIVES MISERABLE ALONG WITH COUNTLESS INNOCENT PEOPLE LIVES AND THEY HAVE CAUSED A SITUATION IN THIS NATION OF PARANOIDA.

16. AGENT BARRETTE & DAVIS HAVE ALSO BEEN INVOLVED IN OTHER TYPES OF HARRASSMENT ALONG WITH OTHER F.B.I. AGENT AND LOCAL AND STATE LAW ENFORCEMENT.

    A. AGENT BARRETTE DID BLIND ONE OF PLAINTIFF'S PUG DOG NAMED NIFTY WITH A LASER LIGHT IN THE LATE SPRING OF 2015.

    B. AGENT BARRETTE ALONG WITH DAVIS HAVE SEVEN TIMES BEGINNING IN THE SPRING OF 2015 AND CONTINUING TO THIS DAY OF PUTTING A CHEMICAL IN PLAINTIFFS FOOD AND/OR DRINK THAT CAUSES PLAINTIFF'S EYES TO WATER 24/7 WITH A VERY

PAGE EIGHT

NUMBER SIXTEEN CONTINUED

16. B. MUCUS LIKE SUBSTANCE THAT PLAINTIFF HAS TO CONTINUALLY TO WIPE FROM HIS EYES IN ORDER TO SEE. THIS CONTINUAL WIPING DOES VERY QUICKLY CAUSE A LOT OF IRRATATION TO THE EYE AND TO THE SKIN AROUND THE EYE. WHEN PLAINTIFF GOES TO SLEEP AT NIGHT THIS MUCUS HARDENS SO THAT WHEN PLAINTIFF WAKES UP HE HAS TO PRY HIS EYE LID OPEN WITH HIS FINGERS. THIS CHEMICAL CAN ALSO CAUSE BLINDNESS AND THE EFFECT OF THE CHEMICAL CAN LAST UP TO A YEAR.

C. AGENT BARNETTE ALONG WITH HELP FROM THE COLUMBUS POLICE DEPARTMENT DID KIDNAP MY LITTLE DOG NIFTY AND KEPT HER FOR FIVE DAYS TORTURING HER DAILY. THE PLAN WAS ABOUT AFTER A WEEK OF TORTURE THEY WERE GOING TO RELEASE A PIT BULL ON MY LITTLE PUG BUT SOMETHING HAPPENED THAT NEARLY SCARED THEM

NUMBER SIXTEEN CONTINUED AND THEY RETURNED MY LITTLE NIFTY AFTER FIVE DAYS.

17. BARNETTE ALSO HAD ONE OF HIS HELPERS IN THE EVIL THEY DID THROW MY NIFTY DOG IN A RIVER IN JULY OF 2016 CAUSING PLAINTIFF TO JUMP IN RIVER TO SAVE NIFTY WHICH ALMOST RESULTED IN PLAINTIFF AND HIS DOG BOTH DROWNING EXCEPT FOR THE GRACE OF GOD.

A. OF COURSE NIFTY HAS BEEN POISONED SEVERAL TIMES WITH ANTI-FREEZE BEGINNING IN AUGUST OF 2015 WITH THE LAST TIME SHE WAS POISONED WITH ANTI-FREEZE WAS IN THE MID SPRING OF 2018. COMING VERY CLOSE TO DEATH TWICE FROM THOSE POISONING'S EXCEPT FOR THE GRACE OF GOD.

B. THIS DOES NOT EVEN TAKE INTO ACCOUNT THAT UNDER

NUMBER 17 CONTINUED

17.B BARNETTE MY LIFE AND THE LIVES OF MY FAMILY HAS BEEN THREATENED ON A DAILY BASIS BY AGENT UNDER BARNETTE, LOCAL AND STATE LAW ENFORCEMENT AND PRIVATE CITIZENS

18. RELIEF

PLAINTIFF DOES RESPECTFULLY ASK THE COURT TO ISSUE AN COURT ORDER FOR THE F.B.I TO <u>STAND DOWN</u>. TO STOP THEIR INSANE HARRASSMENT CAMPAIGN AGAINST PLAINTIFF'S LIFE.

19. PLAINTIFF ALSO WANT TO BE COMPENSATED FOR ALL OF THE PHYSICAL, MENTAL, EMOTIONAL ANGUISH PLAINTIFF HAS SUFFERED BECAUSE OF THE INSANE RELENTLESS HARRASSMENT CAMPAIGN THE F.B.I LAUNCHED AGAINST PLAINTIFFS LIFE TWENTY-FIVE YEARS AGO OF ONE-HUNDRED MILLION DOLLARS $100,000,000.00

PAGE ELEVEN

Teddy Glen Bostic Sr. 8-29-2018

TEDDY GLEN BOSTIC SR.
5225 CHERRY CREEK PARKWAY
NORTH APT 309
COLUMBUS, OHIO 43228
614-404-1451