# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Teddy Glen Bostic, Sr.,

    Plaintiff,

v.

Federal Bureau of Investigation, *et al.*,

    Defendants.

Case No. 2:18-cv-971

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

On September 7, 2018, Magistrate Judge Vascura, to whom this case was referred, issued a Report and Recommendation ("R&R"), ECF No. 5, recommending that the Court dismiss this action pursuant to 28 U.S.C. § 1915(e)(B)(ii).

The R&R advised Plaintiff of his right to file objections to the same and specifically advised that the failure to timely object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the decision of the District Court. R&R 6–7, ECF No. 5. The time for filing objections has passed, and none were filed.

Having received no objections, the Court **ADOPTS** the R&R, ECF No. 5, and **DISMISSES** this case without prejudice. The Clerk shall remove ECF No. 5 from the Court's pending motions list.

IT IS SO ORDERED.

/s/ Michael H. Watson
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**